IRENE K. YESOWITCH  State Bar #111575
LORRAINE A. BARRABEE  State Bar #136300
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
iyesowitch@longlevit.com / lbarrabee@longlevit.com

Attorneys for Plaintiff
EVANSTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>QUANTA SPECIALTY LINES INSURANCE COMPANY, NORTH AMERICAN CAPACITY INSURANCE COMPANY and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | CASE No. Civ.S-10-2622 JAM JFM<br><br>**STIPULATION TO STAY ACTION AND CONTINUE DATES PREVIOUSLY SET AND  ORDER** |

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

CASE NO. CV 10 2004JL

STIPULATION TO STAY ACTION AND CONTINUE DATES PREVIOUSLY SET AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Evanston Insurance Company ("Evanston") and Defendant North American Capacity Insurance Company ("NAC") hereby stipulate as follows:

1. Evanston and NAC, hereinafter collectively referred to as "the parties", submitted a Joint Status Report to the Court on or about November 22, 2010. The Joint Status Report set forth agreed to deadlines for the parties' initial disclosures, discovery, mediation and law and motion matters.

2. On November 24, 2010 the Court entered a minute order adopting a deadline for filing of Plaintiff's motion for summary judgment of March 9, 2011 and an accompanying hearing date.

3. This claim for declaratory relief and contribution filed by Evanston arises out of an underlying action captioned *Edwards v. S& J Development, et. al.*, Shasta County Superior Court Case No. 164399 ("*Edwards v. S& J Development"*).

4. *Edwards v. S& J Development* is currently scheduled for mediation on January 24, 2011.

5. In the interest of attempting to resolve the underlying *Edwards v. S& J Development* matter and also to resolve this litigation, the parties have agreed to participate in the scheduled mediation in the *Edwards v. S& J Development* matter.

6. In the interest of judicial economy, pending the completion of the mediation of the *Edwards v. S& J Development* matter, the parties have agreed to stay all pending deadlines in this matter including service of parties, joinder of additional parties, amendment of pleadings, motions, initial disclosures, discovery and Evanston's motion for summary judgment in order to first conduct the mediation in the *Edwards v. S& J Development* matter.

7. The parties agree that the deadline for Evanston's motion for summary judgment set forth in the Court's scheduling order dated November 24, 2010 be stayed for sixty days. The parties further agree that on or before February 15, 2010, they will provide the Court with an updated Status Report reporting the results of the mediation of the *Edwards v. S& J Development* matter and if necessary proposing new dates for all dates set forth in the Joint Status Report and the Court's minute order.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2                                           CASE NO. CV 10 2004JL
STIPULATION TO STAY ACTION AND CONTINUE DATES PREVIOUSLY SET AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

//

IT IS SO STIPULATED:

Dated: November __, 2010                                LONG & LEVIT LLP

                                                        By _____
                                                        IRENE K. YESOWITCH
                                                        LORRAINE A. BARABBEE
                                                        Attorneys for Plaintiff
                                                        EVANSTON INSURANCE
                                                        COMPANY


Dated: November __, 2010                                GRIMM, VRANJES, McCORMICK &
                                                        GRAHAM LLP

                                                        By _____
                                                        A. CARL YAECKEL
                                                        Attorneys for Defendant
                                                        NORTH AMERICAN CAPACITY
                                                        INSURANCE

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, this Court ORDERS as follows:

1. The deadlines set forth in the parties Joint Status Report are hereby vacated.

2. The deadline for Plaintiff's filing a motion for summary judgment set forth in the Court's November 24, 2010 minute order is hereby vacated.

3. The parties will report back to the Court by Joint Status Report on or before February 15, 2011 advising the Court as to the result of the mediation of the *Edwards v. S & J Development* matter and if necessary proposing new dates for all previously set dates.

Dated: 12/16/2010

                                                        /s/ John A. Mendez
                                                        Honorable Judge John A. Mendez

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3                                                       CASE NO. CV 10 2004JL
STIPULATION TO STAY ACTION AND CONTINUE DATES PREVIOUSLY SET AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com