**GRIMM, VRANJES, McCORMICK & GRAHAM LLP**
A. CARL YAECKEL, ESQ. (#89920)
550 West C Street, Suite 1100
Post Office Box 129012
San Diego, CA 92112-9012
TEL: (619) 231-8802
FAX: (619) 233-6039
cyaeckel@gvmglaw.com

Attorneys for Defendant NORTH AMERICAN
CAPACITY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, | CASE NO. 2:10-CV-02622-KJM-JFM |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |
| vs. | |
| QUANTA SPECIALTY LINES INSURANCE COMPANY, NORTH AMERICAN CAPACITY INSURANCE COMPANY and DOES 1 through 100, inclusive, | |
| Defendants. | Assigned District Judge: Kimberly J. Mueller
Discovery Magistrate Judge: John F. Moulds |

IT IS HEREBY ORDERED that the Joint Stipulation for Dismissal regarding the above-matter is hereby granted.

IT IS FURTHER ORDERED that the above-captioned matter be, and hereby is dismissed, with prejudice, pursuant to F.R.C.P. Rule 41 (a)(1), as to the Complaint of Plaintiff EVANSTON INSURANCE COMPANY and against Defendant NORTH AMERICAN CAPACITY INSURANCE COMPANY, **only**.

The matter will continue as between Plaintiff EVANSTON INSURANCE COMPANY and Defendant QUANTA SPECIALTY LINES INSURANCE COMPANY.

/ / /

/ / /

1    Each party to bear it own costs, including attorney's fees.

2    **IT IS SO ORDERED.**

3    Dated:  May 20, 2011.

_____
UNITED STATES DISTRICT JUDGE